UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARRY KOCHAN,

       Plaintiff,

vs.                                            CASE NO. 06-CV-11932
                                            HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

       Plaintiff filed the instant action seeking Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Scheer's Report and Recommendation of October 17, 2006, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted.

       After a thorough review of the court file, the respective parties' motions and the Report and Recommendation (no objections were filed within the applicable period), this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

       Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is GRANTED.  Plaintiff's Motion for Summary Judgment is DENIED.  This case is hereby DISMISSED WITH PREJUDICE and judgment shall be entered accordingly.

    IT IS SO ORDERED.

                                                         s/Lawrence P. Zatkoff
                                                         LAWRENCE P. ZATKOFF
                                                         UNITED STATES DISTRICT JUDGE

Dated: November 15, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 15, 2006.

                                       s/Marie E. Verlinde
                                       Case Manager
                                       (810) 984-3290